AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| Allstate Insurance Company, et al.<br>*Plaintiff(s)*<br>v.<br>Sayeedus S. Salehin, M.D., et al.<br>*Defendant(s)* | ) | Civil Action No. 21-cv-420 LDH-VMS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See rider attached.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard D. King, Jr., Esq.
Smith & Brink, P.C.
1325 Franklin Ave., Suite 320
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Douglas C. Palmer

*CLERK OF COURT*

Date: 1/26/2021

s/Kimberly Davis
*Signature of Clerk or Deputy Clerk*

Civil Action No. 21-cv-420 LDH-VMS

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________, a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ALLSTATE INSURANCE COMPANY,
ALLSTATE INDEMNITY COMPANY,
ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,
AND ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

Plaintiffs,

vs.

SAYEEDUS S. SALEHIN, M.D.,
TODD L. LEBSON, D.C.,
ZHI-YUAN ZHONG, L.AC.,
MARIA DONNA GLORIA JOSE-DIZON, P.T.,
SHERWIN YONG TAMAYO, P.T.,
DEKUN WANG, L.AC.,
JACK BALDASSARE, M.D.,
AVENUE C MEDICAL, P.C.,
BROOKLYN MEDICAL PRACTICE, P.C.,
HARMONY CHIROPRACTIC, P.C.,
NORTH SHORE FAMILY CHIROPRACTIC, P.C.,
VISTA ACUPUNCTURE, P.C.,
TOTAL MOBILITY PT, P.C.,
WELLNESS EXPRESS PT, P.C.,
UNICORN ACUPUNCTURE, P.C.,
ECLIPSE MEDICAL IMAGING, P.C.,
ALBERT VAYNSHTEYN,
YELENA MAKSUMOV (a.k.a. "YELENA VAYNSHTEYN"),
ROBERT MAKS (a.k.a. "ROBERT MAKSUMOV"), and
CARDENAL MANAGEMENT CORP.,

Defendants.

Civil Action No.______________

**RIDER TO SUMMONS**

1. Sayeedus S. Salehin, M.D.
   1017 North 2nd Street
   New Hyde Park, NY 11040
   Nassau County

2. Todd L. Lebson, D.C.
   4 Morris Court
   Syosset, NY 11791
   Nassau County

3. Carmen Maria Donna Jose-Dizon, P.T.
   5 Edna Drive
   Syosset, NY 11791
   Nassau County

4. Zhi-Yuan Zhong, L.Ac.
   239-38 66th Avenue
   Apartment 1
   Little Neck, NY 11362
   Queens County

5. Sherwin Yong Tamayo, P.T.
   280 88th Street
   Apartment 2F
   Brooklyn, NY 11209
   Kings County

6. Dekun Wang, L.Ac.
   9044 84th Street
   Woodhaven, NY 11421
   Queens County

7. Jack Baldassare, M.D.
   1500 Palisade Avenue
   Apartment 17D
   Fort Lee, NJ 07024
   Bergen County

8. Avenue C Medical, P.C.
   573 McDonald Avenue
   Brooklyn, NY 11218
   Kings County

9. Brooklyn Medical Practice, P.C.
   410 Ditmas Avenue
   Brooklyn, NY 11218
   Kings County

10. Harmony Chiropractic, P.C.
    4 Morris Court
    Syosset, NY 11791
    Nassau County

11. North Shore Family Chiropractic, P.C.
    4 Morris Court
    Syosset, NY 11791
    Nassau County

12. Vista Acupuncture, P.C.
    239-38 66th Avenue
    Little Neck, NY 11362
    Queens County

13. Total Mobility PT, P.C.
    1927 84th Street
    1st Floor
    Brooklyn, NY 11214
    Kings County

14. Wellness Express PT, P.C.
    410 Ditmas Avenue
    Brooklyn, NY 11218
    Kings Count

15. Eclipse Medical Imaging, P.C.
    c/o Jack Baldassare, M.D.
    651 Coney Island Avenue
    Brooklyn, NY 11218
    Kings County

16. Albert Vaynshteyn
    133 Everit Avenue
    Hewlett, NY 11557
    Nassau County

17. Yelena Maksumov (a.k.a. "Yelena Vaynshteyn")
    133 Everit Avenue
    Hewlett, NY 11557
    Nassau County

18. Robert Maks (a.k.a. "Robert Maksumov")
    8010 Haddon Street
    Jamaica, NY 11432
    Queens County

19. Cardenal Management Corp.
    38-08 14th Avenue
    Brooklyn, NY 11218
    Kings County