UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALLSTATE INSURANCE                  Case No.
COMPANY, et al.,                            1:21-00420

                          Plaintiffs,         **STIPULATION TO EXTEND TIME TO ANSWER**

      - against -

SAYEEDUS S. SALEHIN, M.D. et al.,

               Defendants.
------------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED** by and between attorneys for Plaintiffs herein and Defendants Sayeedus S. Salehin, M.D., Todd L. Lebson, D.C., Zhi-Yuan Zhing, L.Ac., Carmen Maria Donna Jose-Dizon, P.T., Sherwin Yong Tamayo, P.T., Dekun Wang, L.Ac., Jack Baldassare, M.D., Avenue C Medical, P.C., Brooklyn Medical Practice, P.C., Harmony Chiropractic, P.C., North Shore Family Chiropractic, P.C., Vista Acupuncture, P.C., Total Mobility PT, P.C., Wellness Express PT, P.C., Unicorn Acupuncture, P.C., Eclipse Medical Imaging, P.C., Albert Vaynshteyn, Yelena Maksumov, Robert Maks, and Cardenal Management, Corp., that the time for Defendants to answer or otherwise respond to Plaintiffs' Complaint in the above-captioned action is extended to April 29, 2021. Defendants also hereby waive any affirmative defenses based upon insufficient service of process and lack of personal jurisdiction. Facsimile signatures will be deemed as originals for all purposes hereunder.

Dated: Brooklyn, New York
       March 31, 2021

By: _____/s/_____                        _____/s/_____
Nicholas Bowers, Esq.                             By: Shauna L. Sullivan, Esq.
Gary Tsirelman P.C.                                 Smith & Brink, P.C.
*Attorneys for Defendants*                      *Attorneys for Plaintiffs*
*Named Herein*                                        350 Granite Street, Suite
129 Livingston, 2nd Floor                       2204
Brooklyn NY 11201                                Braintree, MA 02184