UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE INDEMNITY COMPANY,<br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br>AND ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>SAYEEDUS S. SALEHIN, M.D.,<br>TODD L. LEBSON, D.C.,<br>ZHI-YUAN ZHONG, L.AC.,<br>CARMEN MARIA DONNA JOSE-DIZON, P.T.,<br>SHERWIN YONG TAMAYO, P.T.,<br>DEKUN WANG, L.AC.,<br>JACK BALDASSARE, M.D.,<br>AVENUE C MEDICAL, P.C.,<br>BROOKLYN MEDICAL PRACTICE, P.C.,<br>HARMONY CHIROPRACTIC, P.C.,<br>NORTH SHORE FAMILY CHIROPRACTIC, P.C.,<br>VISTA ACUPUNCTURE, P.C.,<br>TOTAL MOBILITY PT, P.C.,<br>WELLNESS EXPRESS PT, P.C.,<br>UNICORN ACUPUNCTURE, P.C.,<br>ECLIPSE MEDICAL IMAGING, P.C.,<br>ALBERT VAYNSHTEYN,<br>YELENA MAKSUMOV (a.k.a. "YELENA VAYNSHTEYN"),<br>ROBERT MAKS (a.k.a. "ROBERT MAKSUMOV"), and<br>CARDENAL MANAGEMENT CORP.,<br><br>Defendants. | Civil Action No. 1:21-cv-00420-LDH-VMS |

**VOLUNTARY NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiffs Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, and Allstate Fire & Casualty Insurance Company and their counsel hereby give notice that the above-captioned

action is voluntarily dismissed with prejudice against the Defendants Sayeedus S. Salehin, M.D., Todd L. Lebson, D.C., Zhi-Yuan Zhong, L.Ac., Carmen Maria Donna Jose-Dizon, P.T., Sherwin Yong Tamayo, P.T., Dekun Wang, L.Ac., Jack Baldassare, M.D., Avenue C Medical, P.C., Brooklyn Medical Practice, P.C., Harmony Chiropractic, P.C., North Shore Family Chiropractic, P.C., Vista Acupuncture, P.C., Total Mobility PT, P.C., Wellness Express PT, P.C., Unicorn Acupuncture, P.C., Eclipse Medical Imaging, P.C., Albert Vaynshteyn, Yelena Maksumov a/k/a Yelena Vaynshteyn, Robert Maks a/k/a Robert Maksumov, and Cardenal Management Corp. without costs to any party.

[SIGNATURE PAGE FOLLOWS]

Respectfully Submitted,

Plaintiffs,
*Allstate Insurance Company,*
*Allstate Indemnity Company,*
*Allstate Property & Casualty Insurance Company,*
*and*
*Allstate Fire & Casualty Insurance Company,*
By Their Attorneys:

*/s/ Shauna L. Sullivan*

Richard D. King, Jr. (RK8381)
Nathan A. Tilden (NT0571)
Shauna L. Sullivan (SS5624)
Hugh C.M. Brady (HB4724)
Smith & Brink, P.C.
350 Granite Street, Suite 2204
Braintree, MA 02184
(617) 770-2214
rking@smithbrink.com
ntilden@smithbrink.com
ssullivan@smithbrink.com
hbrady@smithbrink.com

Dated: October 5, 2021

## CERTIFICATE OF SERVICE

I, Shauna L. Sullivan, hereby certify that on October 5, 2021, I caused to be served the foregoing **Notice of Voluntary Dismissal With Prejudice** via ECF filing upon all counsel of record.

Date: October 5, 2021

*/s/ Shauna L. Sullivan*

Shauna L. Sullivan